# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TRUSTEES OF THE SOUTHWEST OHIO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, | : : | |
| Plaintiff, | : | Case No. 3:11cv00114 |
| vs. | : | Magistrate Judge Sharon L. Ovington (By full consent of the parties) |
| GROUP II INSTALLERS, LTD., et al., | : | |
| Defendants. | : | |

## STAY ORDER

Pursuant to the Joint Motion for Stay Pending Completion of Arbitration (Doc. #19) filed by Plaintiff Trustees of the Southwest Ohio Regional Council of Carpenters Pension Fund (Trustees), and Defendants Group II Installers, Ltd., and CMF Installers, Ltd., advising the Court of arbitration proceedings which will take place pursuant to 29 U.S.C. §1401(a)(1) in order to address the parties' dispute regarding the Trustees' withdrawal liability, the Court hereby **ORDERS** this case **STAYED** pending conclusion of the above-mentioned arbitration.

Plaintiff Trustees shall keep the Court apprised of the status of this case while stayed for arbitration by filing a status report in the present case every six (6) months beginning **on November 26, 2012.**

   **IT IS SO ORDERED.**


May 22, 2012                                  s/Sharon L. Ovington
                                              Sharon L. Ovington
                                              United States Magistrate Judge